IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00474-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERALDINE WEBB,

    Defendant.

---

## MINUTE ORDER[1]

---

On **April 25, 2013**, commencing at 2:00 p.m., the court shall conduct an evidentiary hearing on defendant-movant's claim of ineffective assistance of counsel, contained in her **Amended Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255** [#34] filed October 22, 2012. The court reserves two (2) hours for this hearing. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: March 20, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.